UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EKATERINA LISINA,

                Plaintiff,

    -v -

AT&T BELL LABORATORIES,

                Defendant.

25-MC-114 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff has moved the Court to issue "an order authorizing the execution of subpoenas for all providers listed in this action." (ECF No. 1 at 1.) While the Court may issue a subpoena without an underlying lawsuit under certain circumstances pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h), that Act enumerates several requirements that Plaintiff has not satisfied.

    Plaintiff is directed to file "a copy of a notification described in subsection (c)(3)(A)," *id.* § 512(h)(2)(A), as well as "a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title," *id.* § 512(h)(2)(C), by April 9, 2025.

    Plaintiff is also requested to file a proposed order for the Court enumerating the requested relief by the same date.

    SO ORDERED.

Dated: March 26, 2025
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge